IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 12-00192-01-CR-W-BCW |
| JASON W. DUNCAN, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On February 6, 2014, defendant filed a motion for judicial determination of mental competency. He was examined by William Logan, M.D., who filed a report dated June 12, 2014.

On September 8, 2014, I held a competency hearing. Defendant was present, represented by Angela Hasty. The government was represented by Assistant United States Attorney Katharine Fincham. The parties stipulated to the contents and findings of Dr. Logan (Tr. at 2).

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

Counsel waived the 14-day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 3). Any objections to this Report and Recommendation shall be filed by September 10, 2014.

                                               /s/ *Robert E. Larsen*
                                             ROBERT E. LARSEN
                                             United States Magistrate Judge

Kansas City, Missouri
September 9, 2014